IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **EUFAULA DRUGS, INC.** | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 2:05cv300-MHT |
| | ) | (WO) |
| **TMESYS, INC.**, | ) | |
| | ) | |
|    Defendant. | ) | |

### ORDER

In accordance with the memorandum opinion entered this day, it is the ORDER, JUDGMENT, and DECREE of the court that plaintiff Eufaula Drug, Inc.'s motion to remand (Doc. No. 6) is granted, and that, pursuant to 28 U.S.C. § 1447(c), this cause is remanded to the Circuit Court of Barbour County, Alabama.  Defendant Tmesys, Inc.'s motion to dismiss (Doc. No. 15) is left for resolution by the state court after remand.

The clerk of the court is DIRECTED to take appropriate steps to effect the remand.

DONE, this the 22nd day of May, 2006.

                             /s/ Myron H. Thompson
                         UNITED STATES DISTRICT JUDGE